ANDREW FISHKIN, ESQ. SBN 237845
LAW OFFICE OF ANDREW J. FISHKIN P.C.
235 H STREET
BAKERSFIELD, CA 93304
INFO@LAWYERFISH.COM
TEL:   661-379-7040
FAX:   661-322-6770

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BIBIANA DE SANTIAGO** | ) CASE NO.: 1:14-CV-00445-LJO-JLT |
| | ) |
| **Plaintiff,** | ) |
| | ) **JOINT STIPULATION AND** |
| vs. | ) **PROPOSED ORDER RE: EXTENSION** |
| | ) **OF TIME** |
| **JOHN KERRY, Secretary of State,** *et al.*, | ) |
| | ) **(Doc. 18)** |
| | ) |
| **Defendants.** | ) |
| | ) |
| | ) |

　　This is a case in which Plaintiff challenges the revocation of her US Passport and the denial of her right or privilege as a national of the United States, by the U. S. Department of State. The parties stipulate that the time for filing the Joint Statement of Facts be extended to September 2, 2014, as well as the parties request that the Scheduling Conference be reset to sometimes after September 18, 2014.

Respectfully submitted this 18th day of July 2014.

1

By:   /s/Andrew J. Fishkin

_____

ANDREW J. FISHKIN

Attorney for the Plaintiff


By:   /s/Audrey Hemesath

_____

Assistant U.S. Attorney

Attorney for Defendant


By:   /s/Sherease Pratt

_____

Trial Attorney

U.S. Department of Justice, OIL

Attorney for Defendant

**ORDER**

Based upon the stipulation of the parties, the Court **ORDERS**:

1. The scheduling conference is continued to **September 22, 2014** at 9:00 a.m.;

2. The deadline for filing the joint scheduling report is extended to September 15, 2014;

3. The parties SHALL comply with all other requirements of the order setting mandatory scheduling conference. (Doc. 5 at 2-8)

IT IS SO ORDERED.

Dated:   **July 21, 2014**              **/s/ Jennifer L. Thurston**
                                         UNITED STATES MAGISTRATE JUDGE