JOYCE R. BRANDA
Acting Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director
COLIN A. KISOR
Deputy Director
Office of Immigration Litigation
District Court Section
SHEREASE PRATT
Trial Attorney
    United States Department of Justice
    Civil Division
    Office of Immigration Litigation
    District Court Section
    P.O. Box 868, Ben Franklin Station
    Washington, DC 20044
    Telephone: (202) 616-0063
    Facsimile: (202) 616-8962
    Email: sherease.pratt@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIBIANA DE SANTIAGO,<br><br>   Plaintiff,<br><br>   v.<br><br>JOHN F. KERRY, U.S. Secretary of State,<br><br>   Defendant. | Case No. 1:14-cv-00445-JLT<br><br>STIPULATION AND ORDER RE: PROTECTIVE ORDER<br><br>(Doc. 23) |

## STIPULATION REGARDING ENTRY OF PROTECTIVE ORDER

In the course of this proceeding, the parties anticipate that Defendant will produce Plaintiff Bibiana De Santiago's ("Plaintiff's") Passport File and Relevant Documents from Plaintiff's parents' A-Files containing identifying information relating to Plaintiff, as well as to third parties not participating in this lawsuit. The identifying information contained within the Passport File and A-Files are in the possession, custody, and control of the Defendant and Defendant's counsel. Because Defendant's production of the Passport File and A-Files will likely result in the disclosure of personally identifiable information, including personal and confidential financial information of individuals, good cause exists for the entry of this Protective Order.

Subject to the entry of the following Protective Order, in accordance with the Privacy Act of 1974, 5 U.S.C. § 552a, Defendant agrees to produce to Plaintiff's counsel, and the Court in this case, an unredacted (other than redaction for privilege) Passport File and A-Files relating to Plaintiff, and (where appropriate and allowable by law) third-party identifying information. The parties intend the Protective Order to be effective and enforceable upon its signature of counsel and by Order of the Court. Until such time as the Protective Order has been entered as an Order of the Court, the Parties shall treat any production of the Passport File and A-Files as though the Protective Order had been so entered and all of its terms shall be effective and enforceable between the Parties.

Accordingly, the Parties request that the Court grant the parties' Joint Stipulation to Execute the Protective Order in this case.

Dated: October 3, 2014                                      Respectfully submitted,

                                                            JOYCE R. BRANDA
                                                            Acting Assistant Attorney General
                                                            Civil Division

                                                            WILLIAM C. PEACHEY
                                                            Director

PROPOSED PROTECTIVE ORDER
14-00445-JLT

COLIN KISOR
Deputy Director
Office of Immigration Litigation
District Court Section

By: *s/ Sherease Pratt*
SHEREASE PRATT
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 616-0063
Fax: (202) 616-8962
Email: sherease.pratt@usdoj.gov

### ORDER

Based upon the stipulation of the parties, the Court **ORDERS**:

1. The joint, stipulated request for a protective order (Doc. 23) is **GRANTED AS MODIFIED** by the Court as follows:

    a. Paragraph 7 will read, "Any filings with the Court containing materials subject to this Order shall <u>not be made without first seeking leave to file the documents under seal as provided in Local Rule 141</u>, ~~under seal,~~ unless a release is obtained from the third-party individual to whom the materials pertain, authorizing the disclosure of such information."

    b. Paragraph 8 will read, "To the extent that third-party identifying information is discussed in any pleading, such confidential information shall not be filed <u>without first seeking leave to file the documents under seal as provided in Local Rule 141</u>, ~~be placed under seal,~~ unless a release is obtained from the individual to whom the identifying information pertains authorizing the disclosure of such information."

    c. Paragraph 9 will read, "No protected documents or information shall be

```
PROPOSED PROTECTIVE ORDER
14-00445-JLT
```

used at any hearing or appellate proceeding in this action, unless provision shall be made for exclusion of the public or unless some other reasonable provision to protect confidentiality has been made. Where protected documents or information is used at a hearing or appellate proceeding in this action, ~~the appropriate portion of the court transcript,~~ <u>the party seeking to use the document shall seek an order sealing the protected information as provided in Local Rule 141.</u> ~~shall be placed under seal.~~ Such designation shall be limited to those portions of the transcript the sealing of which is reasonably necessary to preserve the confidentiality of documents, as well as copies or summaries made thereof and any information derived therefrom, which are subject to the terms of this Protective Order."

IT IS SO ORDERED.

    Dated:   **October 7, 2014**　　　　　　　　　　/s/ Jennifer L. Thurston
                                                                       UNITED STATES MAGISTRATE JUDGE